BEFORE THE FIRST DIVISION, JANUARY 21, 1958

**No. 61480.**—Dan Brechner & Co. *v.* United States, protest 298041–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.